**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

Andre R. Levesque

    v.                                              Civil No. 09-cv-453-JD

Merrimack County Department of Corrections

**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted,
but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must
be paid as follows: the sum of $16.40 is due no later than
February 22, 2010.  In addition, 20% of each preceding month's
income credited to plaintiff's account shall be remitted by the
Merrimack County Department of Corrections when the amount in the
account exceeds $10.00 until the sum of $350.00 has been paid.
Failure to pay the fee as ordered will result in dismissal of the
action without prejudice.  In all other respects plaintiff's
request for in forma pauperis has been granted.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 22, 2010

cc:   Andre R. Levesque, *pro se*
     Bonnie S. Reed, Financial Administrator
     Merrimack County Department of Corrections, Inmate Accounts