```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Andre R. Levesque

    v.                                Civil No. 09-cv-248-JD

State of New Hampshire, et al.


Andre R. Levesque

    v.                                Civil No. 09-cv-453-JD

Merrimack County Dept. of
Corrections


Andre R. Levesque

    v.                                Civil No. 10-cv-41-JD

New Hampshire State Prison,
Secure Psychiatric Unit, et al.


                             O R D E R

With respect to Levesque v. New Hampshire et al., 09-cv-248-JD, and Levesque v. Merrimack County Dept. of Corrections, 09-cv-453-JD, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 12, 2010, no objection having been filed.

With respect to Levesque v. New Hampshire State Prison, Secure Psychiatric Unit, et al., 10-cv-41-JD, Levesque filed a notice of appeal on May 4, 2010. The First Circuit has not yet

decided the appeal, and therefore this court lacks jurisdiction to proceed.

## Conclusion

For the foregoing reasons, the Report and Recommendation is approved in case no. 09-cv-248 (doc. no. 11) and in case no. 09-cv-453 (doc. no. 15). The court lacks jurisdiction to proceed in case no. 10-cv-41.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

June 9, 2010

cc: Andre R. Levesque 7455, pro se